# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

PATRICK SPENCER

NO. 2023 KW 0778

OCTOBER 23, 2023

---

In Re:     Patrick Spencer, applying for supervisory writs, 22nd
           Judicial District Court, Parish of Washington, No. 23-
           CR-10-152231.

---

BEFORE:   WELCH, HOLDRIDGE, AND WOLFE, JJ.

**WRIT DENIED.** The district court is proceeding towards disposition of relator's writ of habeas corpus and motion for preliminary examination, filed on or about July 20, 2023.

JEW
GH
EW

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
     FOR THE COURT